JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
CHERIE BLASQUEZ TRACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **CHERIE BLASQUEZ TRACY,** | No.  2:13-CV-0570 CKD |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Carolyn Colvin,    Acting Commissioner of Social Security, | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 4, 2013.

This is the first extension.

1

Dated: October 24, 2013  /s/   Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff


Dated: October 24, 2013  /s/ per e-mail authorization

ANNABELLE YANG
Special Assistant U.S. Attorney
Attorney for Defendant


ORDER


For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to November 4, 2013.

SO ORDERED.

Dated:  October 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE