BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERIE BLASQUEZ TRACY, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>CAROLYN W. COLVIN[1], )<br>Acting Commissioner )<br>of Social Security, )<br>       Defendant. )<br>)<br>_____) | Case No.  2:13-CV-00570-CKD<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 35 days to respond to Plaintiff's Motion for Summary Judgment, up to and including January 7, 2014.

      This extension is being sought due to the press of business.  The Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of the lapse in appropriations.  As such, the Acting Commissioner requests a 35-day

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

extension of time for responding to Plaintiff's Motion for Summary Judgment.  This extension will also give the parties additional time to discuss the possibility of settlement.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                  Respectfully submitted,

                  */s/Jesse S. Kaplan*
Dated: December 3, 2013      JESSE S. KAPLAN
                  (as authorized via email)
                  Attorney at Law

                  Attorney for Plaintiff

Dated: December 3, 2013      BENJAMIN B. WAGNER
                  United States Attorney
                  DONNA L. CALVERT
                  Acting Regional Chief Counsel, Region IX
                  Social Security Administration

         By:

                  */s/ Annabelle J. Yang*
                  ANNABELLE J. YANG
                  Special Assistant U.S. Attorney

                  Attorneys for Defendant

**ORDER**

   APPROVED AND SO ORDERED.

Dated:  December 6, 2013

                  _____
                  CAROLYN K. DELANEY
                  UNITED STATES MAGISTRATE JUDGE