BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERIE BLASQUEZ TRACY, ) <br> ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN[1], ) <br> Acting Commissioner ) <br> of Social Security, ) <br>         Defendant. ) <br> ) | Case No. 2:13-CV-00570-CKD <br><br> STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

      Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to properly assess the medical evidence and opinions of record and provide specific and legitimate reasons for accepting or rejecting these opinions. The ALJ should re-evaluate the medical evidence with the aid of a medical expert to determine the nature and severity of Plaintiff's mental impairments, and if necessary, the ALJ will obtain testimony from a vocational expert. The ALJ will further

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

evaluate the credibility of Plaintiff's statements regarding her reported symptoms.  If Plaintiff is found disabled, the ALJ will perform the necessary analysis to determine if drug abuse and alcoholism are material.

                                              Respectfully submitted,

Dated: December 12, 2013
                                    */s/Jesse S. Kaplan*
                                    JESSE S. KAPLAN
                                    (as authorized via email)
                                    Attorney at Law

                                    Attorney for Plaintiff

Dated: December 12, 2013
                                    BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                       By:

                                    */s/ Annabelle J. Yang*
                                    ANNABELLE J. YANG
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## **ORDER**

    APPROVED AND SO ORDERED.

Dated:  December 16, 2013

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE